DEREK S. NAKAMURA   4273
Attorney at Law • A Law Corporation
220 S. King Street, Suite 980
Honolulu, HI  96813
Telephone:  (808) 521-8041
Facsimile No.:  (808) 521-8046
E-Mail:  dnakamura@hawaiiantel.net

SHAWN P. CHING   7949
220 S. King Street, Suite 980
Honolulu, HI  96813
Telephone:  (808) 521-8041
Facsimile No.:  (808) 521-8046
E-Mail:  spc@knchlegal.com

Attorneys for Plaintiffs
RONNIE ARNOLD MEEK
 and ROBERTA P. MEEK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RONNIE ARNOLD MEEK and ROBERTA P. MEEK,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MASAAKI OKAMURO and DOE ONE through DOE TEN,<br><br>　　　　　　　　Defendants.<br><br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No.:  CV 09-00522 ACK-KSC<br><br>FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION TO REMAND PENDING THE CONCLUSION OF PROCEEDINGS COMMENCED IN THE FIRST CIRCUIT COURT OF THE STATE OF HAWAII, FILED ON NOVEMBER 10, 2009<br><br>HEARING:<br>Date:　　December 21, 2009<br>Time:　　9:30 a.m.<br>Judge:　　Kevin S.C. Chang |

<u>FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION TO REMAND PENDING THE CONCLUSION OF PROCEEDINGS COMMENCED IN THE FIRST CIRCUIT COURT OF THE STATE OF HAWAII, FILED ON NOVEMBER 10, 2009</u>

This case came for hearing on December 21, 2009, before the Honorable Kevin S.C. Chang on Plaintiffs' Motion To Remand Pending The Conclusion Of Proceedings Commenced In The First Circuit Court Of The State Of Hawaii, filed on November 10, 2009. Plaintiffs Ronnie Arnold Meek and Roberta P. Meek were represented by Shawn P. Ching and Defendant Masaaki Okamuro was represented by Richard F. Nakamura.

The Court, having reviewed the memoranda submitted by counsel, having heard the argument of counsel, and having reviewed the record and files herein, and being fully informed;

IT IS HEREBY FOUND AND RECOMMENDED that Plaintiffs' Motion To Remand Pending The Conclusion Of Proceedings Commenced In The First Circuit Court Of The State Of Hawaii, filed on November 10, 2009, be granted and this matter be remanded to the First Circuit Court of the State of Hawaii where Plaintiffs' Motion to Amend First Amended Complaint referred to in the instant motion shall be heard. It is further recommended that once Plaintiffs' Motion to Amend First Amended Complaint has been heard and ruled upon by the

First Circuit Court of the State of Hawaii, Defendant Masaaki Okamuro may file a notice of removal to remove this matter once again to this court if appropriate.

DATED: Honolulu, Hawaii, February 17, 2010.




_____
Kevin S.C. Chang
United States Magistrate Judge

APPROVED AS TO FORM AND CONTENT:

___/s/ Richard F. Nakamura_____
RICHARD F. NAKAMURA

======================================================================
Ronnie Arnold Meek and Roberta P. Meek v. Masaaki Okamura, et al.; Civil No. CV 09-00522 ACK-KSC; Findings and Recommendation to Grant Plaintiffs' Motion To Remand Pending The Conclusion Of Proceedings Commenced In The First Circuit Court Of The State Of Hawaii, Filed On November 10, 2009
======================================================================

3