IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RONNIE ARNOLD MEEK; ROBERTA P. MEEK, | ) ) ) | CIV 09-00522 ACK-KSC |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | |
| MASAAKI OKAMURO; DOES 1-10, | ) ) ) | |
| Defendant(s). | | |

_____

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 17, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiffs' Motion to Remand Pending the Conclusion of Proceedings Commenced in the First Circuit Court of the State of Hawaii, Filed on November 10, 2009" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, March 5, 2010.



_____
Alan C. Kay
Sr. United States District Judge